IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01755-BNB

ANTHONY DAVID SWINDLE,

    Plaintiff,

v.

EL PASO COUNTY SHERIFF'S OFFICE,
EL PASO COUNTY CRIMINAL JUSTICE CENTER, and
COMMANDER RODNEY GEHRETT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 0 2011

GREGORY C. LANGHAM
                 CLERK

## ORDER OF DISMISSAL

Plaintiff, Anthony David Swindle, currently is confined at the El Paso County Criminal Justice Center in Colorado Springs, Colorado. Mr. Swindle, acting *pro se*, initiated this action by filing a prisoner complaint pursuant to 42 U.S.C. § 1983 seeking injunctive relief. He was granted leave to proceed *in forma pauperis*.

On August 12, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Swindle to file within thirty days an amended prisoner complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, named only proper parties, and alleged specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. Magistrate Judge Boland warned Mr. Swindle that if he failed to comply with the August 12 order within the time allowed the complaint and the action will be dismissed without further notice.

Mr. Swindle has failed within the time allowed to comply with the August 12 order or otherwise to communicate with the Court in any way. Therefore, the complaint and

the action will be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and file the amended complaint as directed within the time allowed and for failure to prosecute.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Anthony David Swindle, within the time allowed, to file an amended complaint as directed in the order of August 12, 2011, and for his failure to prosecute.

DATED at Denver, Colorado, this 20th day of September, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01755-BNB

Anthony David Swindle
Prisoner No. A0271939
El Paso County Criminal Justice Center
2739 E Las Vegas St
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 20, 2011.

                              GREGORY C. LANGHAM, CLERK

                By: _____
                            Deputy Clerk